IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAWN DEWAYNE MCGRAW, #169 528, <br>     Plaintiff, <br><br> v. <br><br> CHRISTOPHER PREER, *et al.*, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 2:11-CV-1086-TMH <br> )                  [WO] <br> ) <br> ) <br> ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #10) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The RECOMMENDATION (Doc. #10) of the Magistrate Judge is ADOPTED;

2. Plaintiff's complaint against Defendant Clay is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's complaint against Defendant Nun is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case, with respect to the remaining defendant, is referred back to the Magistrate Judge for further proceedings.

Done this 8th day of March, 2012.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE