IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAWN DEWAYNE MCGRAW, #169 528, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER PREER, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:11-CV-1086-TMH |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. 49) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 49) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action

A separate judgment shall issue.

Done this the 30th day of November, 2012.

                          /s/ Truman M. Hobbs
                          TRUMAN M. HOBBS
                          SENIOR UNITED STATES DISTRICT JUDGE